Kenneth Glover #1838711
59 Darrington Rd.
Rosharon, Tx. 77583

February 19, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 25 2015
Abel Acosta, Clerk

Court of Criminal Appeals
P.O. Box 12308
Austin, Tx. 78711

RE: PD-0535-14 Glover v. State COA No. 09-13-00084-CR

Dear Clerk,

I have received notice that on February 4, 2015, the Court has refused both petitions from the State and Appellant. Therefore, my question is whether or not I'm entitled to a tally of the votes on participating justices and whether any judge has declined to enter a decision?

I appreciate any information to which I may learn from the question and your assistance.

Respectfully,